State v. Tilley

Defendant was charged in a warrant (1) with a second offense of driving a motor vehicle upon a public highway while under the influence of intoxicating liquor, and (2) with resisting arrest.

· Defendant was found guilty of both charges in the District Court. He appealed to Superior Court where he was tried *de novo* upon the warrant. He was found guilty by the jury.

*Attorney General Morgan, by Associate Attorney Wallace, for the State.*

*LeRoy Scott and Franklin B. Johnston for the defendant.*

---

STATE OF NORTH CAROLINA v. RAY THOMAS TILLEY

No. 7417SC246

(Filed 1 May 1974)

APPEAL by defendant from *Long, Judge,* 4 September 1973 Session of Superior Court held in ROCKINGHAM County.

Defendant was indicted for the murder of Onie Bullins Orander. At the 14 August 1972 Session of Rockingham County Superior Court he was convicted of murder in the second degree. On appeal from that conviction, he was granted a new trial for error in the judge's instruction to the jury. *State v. Tilley,* 18 N.C. App. 300, 196 S.E. 2d 816. At his new trial he was again found guilty and appealed.

*Attorney General Robert Morgan by William W. Melvin, Assistant Attorney General and William B. Ray, Assistant Attorney General, for the State.*

*No counsel on appeal for defendant.*

VAUGHN, Judge.

Defendant was represented at trial by able and experienced court appointed counsel. After his conviction he petitioned the trial judge to allow him to appeal as an indigent. He also petitioned the court to be allowed to handle his case on appeal without the assistance of counsel. The petitions were allowed. We have carefully examined the record and find no prejudicial error in the trial from which defendant appealed.

No error.

Judges CAMPBELL and MORRIS concur.